MICHAEL MCKENZIE, ETC,

Plaintiff(s)

Index # 1:22-CV-01619 MKV

- against -

ARTISTS RIGHTS SOCIETY, INC., ETANO

Defendant(s)

Purchased February 27, 2022
File # 384.60(CC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 24, 2022 at 12:46 PM at

65 BLEECKER STREET, 12TH FLOOR
NEW YORK, NY10012

deponent served the within SUMMONS & VERIFIED COMPLAINT,CIVIL COVER SHEET,STATEMENT OF RELATEDNESS,NOTICE CASE DECLINED AS NOT RELATED, MAGISTRATE*** on ARTISTS RIGHTS SOCIETY, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to JANET HICKS personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT,CIVIL COVER SHEET,STATEMENT OF RELATEDNESS,NOTICE CASE DECLINED AS NOT RELATED, MAGISTRATE*** as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 45 | 5'6 | 150 |

***DESIGNATION AND JUDGE REASSIGNMENT

Sworn to me on: May 25, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

**ANDRE MEISEL**
License #: 1372356
Invoice #: 785850

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045