UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated d/b/a

                   Plaintiff,        22 Civ. 01619 (MKV)

    - against -               **DEFAULT JUDGMENT**

ARTISTS RIGHTS SOCIETY, INC., and JANET HICKS

                   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      This action having been commenced on  February 27, 2022  by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Janet Hicks, individually, and in her capacity as the general agent for Defendant Artists Rights Society, Inc. , on  May 24, 2022  by personal service on  Janet Hicks , and a proof of service having been filed on  May 26, 2022  and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $_____ with interest at _____% from _____(date)_____ amounting to $_____ plus costs and disbursements of this action in the amount of $_____ amounting in all to $_____.

Dated: New York, New York
       _____

                                                  _____
                                                       U.S.D.J.

                                               This document was entered on the docket on _____.