## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated d/b/a,<br><br>    Plaintiff,<br><br>    v.<br><br>ARTISTS RIGHTS SOCIETY, INC., and JANET HICKS,<br><br>    Defendants. | CIVIL NO. 1:22-cv-01619-MKV |

## DECLARATION OF MICHAEL MCKENZIE

I, Michael McKenzie, declare under penalty of perjury as follows:

1. I am the Plaintiff in this action represented by John Markham and Bridget Zerner of Markham Read Zerner LLC. The facts stated herein are based upon my own personal knowledge and if called upon to do so I could and would testify competently to the statements set forth below.

2. I was not involved in arranging service of Defendants in this action. My attorneys handled that to my knowledge. I had no contact with United Process Service Inc. or with the process server named Andre Meisel whom I now understand is the process server identified as handling service in this case. I did not know which company or server was involved until today.

3. I have seen Janet Hicks, spending hours sitting across from her at a deposition and she looks quite similar to the way the affidavit of the process server describes her in the affidavit of service.

4. I did not provide any process server any physical description of Janet Hicks nor did I describe her to my attorneys until June 29, 2022.

I declare under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 30th day of June, 2022 in Katonah, New York.

    __/s/ Michael McKenzie_____
    _____
            Michael McKenzie

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated d/b/a,<br><br>Plaintiff,<br><br>v.<br><br>ARTISTS RIGHTS SOCIETY, INC., and JANET HICKS,<br><br>Defendants. | CIVIL NO. 1:22-cv-01619-MKV |

### DECLARATION OF MICHAEL MCKENZIE

I, Michael McKenzie, declare under penalty of perjury as follows:

1. I am the Plaintiff in this action represented by John Markham and Bridget Zerner of Markham Read Zerner LLC. The facts stated herein are based upon my own personal knowledge and if called upon to do so I could and would testify competently to the statements set forth below.

2. I was not involved in arranging service of Defendants in this action. My attorneys handled that to my knowledge. I had no contact with United Process Service Inc. or with the process server named Andre Meisel whom I now understand is the process server identified as handling service in this case. I did not know which company or server was involved until today.

3. I have seen Janet Hicks, spending hours sitting across from her at a deposition and she looks quite similar to the way the affidavit of the process server describes her in the affidavit of service.

4. I did not provide any process server any physical description of Janet Hicks nor did I describe her to my attorneys until June 29, 2022.

I declare under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 30th day of June, 2022 in Katonah, New York.  _/s/ Michael McKenzie_

Michael McKenzie