```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MCKENZIE, *individually doing business as American Image Art, a unincorporated dba*,

                Plaintiff,

-against-

ARTISTS RIGHTS SOCIETY, INC., et al.,

                Defendants.

22-cv-1619 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of the parties' letters regarding Defendants' contemplated motion to dismiss in this case. [ECF Nos. 20, 21.] Based on the Court's careful review of the parties' thorough letters, a pre-motion conference is not necessary.

        Plaintiff informs the Court that it intends to file an amended complaint. [ECF No. 21.] IT IS HEREBY ORDERED that Plaintiff shall file its amended complaint on or before December 16, 2022. **This will be Plaintiff's last opportunity to amend in response to any issue raised in the parties' pre-motion letters.**

        IT IS FURTHER ORDERED that Defendants shall respond within 14 days. If Defendants respond with a motion to dismiss, further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b). Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

        The Clerk of Court respectfully is requested to terminate the letter motion pending at docket entry 20.

SO ORDERED.

Date: November 28, 2022
New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge

2