UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) MARKHAM READ ZERNER LLC
ONE COMMERCIAL WHARF WEST BOSTON, MA 02110 | PH: (617) 523-6329

Index Number: 1:22-CV-01619-JHR
Date Filed: 12/22/2022

MICHAEL MCKENZIE, INDIVIDUALLY AND DOING BUSINESS AS AMERICAN IMAGE ART, AN UNINCORPORATED DBA

Plaintiff

vs

ARTISTS RIGHT SOCIETY, INC., JANET HICKS, MORGAN ART FOUNDATION, LTD., PHILIPPE GROSSGLAUSER, AND SIMON SALAMA-CARO

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

ANDRE MEISEL, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **3/22/2023**, at **3:58 PM** at **45 EAST 80TH STREET, NEW YORK, NY 10075**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND VERIFIED AMENDED COMPLAINT AGAINST DEFENDANTS FOR DAMAGES TO PLAINTIFF CAUSED BY THEIR VIOLATIONS OF THE LANHAM ACT AND FOR RICO VIOLATIONS, BOTH PREDICATED UPON DEFENDANTS' FRAUDULENT REPRESENTATION OF OWNERSHIP OF A COPYRIGHT TO THE LOVE IMAGE CREATED BY ROBERT INDIANA, THROUGH REPEATED PREDICATE ACTS OF WIRE FRAUD, MAIL FRAUD AND MONEY LAUNDERING, CIVIL COVER SHEET WITH EXHIBITS**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **SIMON SALAMA-CARO**, Defendant therein named, ( hereinafter referred to as "subject").
By delivering thereat a true copy of each to **John J. (Doorman), a person of suitable age and discretion**.

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **John J.** is as follows:

**Sex**: Male   **Color of skin**: White   **Color of hair**: Black   **Age**: 50
**Height**: 5ft9in-6ft0in   **Weight**: 161-200 Lbs.   **Other** : mustache goatee

On **March 23, 2023**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on March 24, 2023

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Client's File No.:

Process Server, Please Sign
ANDRE MEISEL

Lic# 1372356
Job #: 2315794

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE