UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Michael McKenize, individually
and doing business as American    Plaintiff,                Case No.  1:22-cv-01619-JHR

        -against-

Artists Rights Society, Inc. and
Janet Hicks, et al.,                  Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending          [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Scott J. Sholder
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SS7410_____    My State Bar Number is  4571501_____

I am,

        [✓]    An attorney
        [ ]    A Government Agency attorney
        [ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cowan, DeBaets, Abrahams & Sheppard LLP_____
             FIRM ADDRESS: 41 Madison Avenue, 38th Fl, New York, NY 10010_____
             FIRM TELEPHONE NUMBER:_____
             FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME: Cowan, DeBaets, Abrahams & Sheppard LLP_____
             FIRM ADDRESS: 60 Broad Street, 30th Fl, New York, NY 10004_____
             FIRM TELEPHONE NUMBER:_____
             FIRM FAX NUMBER:_____

        [✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        [ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
               was entered on _____ by Judge_____.

Dated: 6/21/24                        Scott J. Sholder
                                      _____
                                      ATTORNEY'S SIGNATURE